NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**VETSTEM BIOPHARMA, INC.,**
*Plaintiff-Appellee*

**v.**

**CALIFORNIA STEM CELL TREATMENT CENTER, INC.,**
*Defendant-Appellant*

---

2023-2301

---

Appeal from the United States District Court for the Central District of California in No. 2:19-cv-04728-AB-PD, Judge Andre Birotte, Jr.

---

## ON MOTION

---

### O R D E R

Upon consideration of appellant's motion to voluntarily dismiss this appeal and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is withdrawn.

2        VETSTEM BIOPHARMA, INC. v. CALIFORNIA STEM CELL
                                    TREATMENT CENTER, INC.

(2)  Each party shall bear its own costs.

FOR THE COURT

September 19, 2023                    /s/ Jarrett B. Perlow
         Date                         Jarrett B. Perlow
                                      Clerk of Court

ISSUED AS A MANDATE: September 19, 2023